UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br>　　　　　Plaintiff,<br>　　v.<br>OFFICER VENTURA, et al.,<br>　　　　　Defendants. | Case No. 20-cv-07460-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On April 13, 2021, the Court issued an order dismissing Plaintiff's complaint with leave to amend within twenty-eight days from the date of the Order. Dkt. 11. The Court informed Plaintiff that the failure to file a timely amended complaint would result in the dismissal of his action without prejudice. *Id.* at 6. Twenty-eight days have passed, and Plaintiff has not filed an amended complaint or communicated with the Court in any manner.

Accordingly, the instant action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).[1] *See* Fed. R. Civ. P. 41(b); *Yourish v. California Amplifier*, 191 F.3d 983, 989, 992 (9th Cir. 1999) (affirming dismissal of action following plaintiff's failure to amend complaint after receiving leave to do so, where the interest in expeditious resolution of litigation, the court's management of its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: May 20, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JUDGE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] If and when Plaintiff is prepared to pursue his claims, he may file a new civil rights action. The limitations period to file a section 1983 action in California is two years, but it is tolled for up to two years during a continuous period of incarceration. *See Silva v. Crain*, 169 F. 3d 608, 610 (9th Cir. 1999) (holding, pursuant to Cal. Civ. Proc. Code § 340(3), that the limitations period for filing a section 1983 action in California is one year); S.B. 688 (amending Cal. Civ. Proc. Code § 340(3) and adding section 335.1 to establish two-year residual limitations period for personal injury actions); Cal. Civ. Proc. Code § 352.1(a) (providing for an additional two years of tolling during a period of continual imprisonment).